# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Terry William Wilson, suing as Terry Wilson, | Civil No. 06-858 (DWF/JSM) |
| Petitioner, | |
| v. | **ORDER** |
| Jessica Symmes, | |
| Respondent. | |

Terry William Wilson, *Pro Se*, Petitioner.

Thomas R. Ragatz, Assistant Attorney General, Minnesota Attorney General's Office, counsel for Respondent.

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Janie S. Mayeron dated March 17, 2006.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

**IT IS HEREBY ORDERED:**

1. Petitioner's application to proceed *in forma pauperis*, (Doc. No. 4), is **DENIED**; and

2. This action is summarily **DISMISSED WITHOUT PREJUDICE**.


Dated: May 1, 2006                     s/Donovan W. Frank
                                       DONOVAN W. FRANK
                                       Judge of United States District Court